# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| U.S. v. Joseph George Tkac<br>(No. 1:10-cr-0152 OWW) | April 21, 2010 |

| To | From |
|---|---|
| Renee Gaumnitz<br>Courtroom Deputy to the<br>Honorable Oliver W. Wanger | Kirk E. Sherriff<br>Assistant U.S. Attorney<br>(559) 497-4022 |

  The defendant was charged in this felony case by information. A plea agreement has been executed and will be filed shortly, and the parties anticipate that a waiver of indictment will be executed at the initial appearance and plea hearing.

  The parties jointly request that the initial appearance and plea hearing be set before the Court on Monday, **April 26, 2010, at 1:30 p.m.** Thank you for your assistance with this matter.


cc: Francine Zepeda
   Peggy Sasso
   Officer of the Federal Defender