AO 455 (Rev. 10/95) Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
oOo

UNITED STATES OF AMERICA

v.

JOSEPH GEORGE TKAC

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:10-CR-00152 OWW

I, <u>JOSEPH GEORGE TKAC</u>, the above named defendant, who is accused of Conspiracy to Commit Mail Fraud and Bank Fraud, in violation of Title 18, United States Code, section 1349, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on <u>April 26, 2010</u>, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JOSEPH GEORGE TKAC
*Defendant*

_____
FRANCINE ZEPEDA
*Counsel for Defendant*

Before _____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE