DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH G. TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> JOSEPH G. TKAC, <br><br> *Defendant.* | No. 1:10-cr-00152 OWW <br><br> STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER THEREON <br><br> Date: December 5, 2011 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, September 19, 2011, **may be continued to December 5, 2011, at 9:00 a.m.**

The reason for this continuance is to provide the defendant additional time to fulfill his obligations under the plea agreement. The parties further agree that informal objections may be filed on **November 7, 2011**; formal objections may be filed on **November 21, 2011.**

///
///
///
///
///

|  |  |  | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|---|---|
| DATED: | September 2, 2011 | By | /s/ *Kirk E. Sherriff*<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  |  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: | September 2, 2011 | By | /s/ *Francine Zepeda*<br>FRANCINE ZEPEDA<br>PEGGY SASSO<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>JOSEPH G. TKAC |

IT IS SO ORDERED.

**Dated: September 2, 2011**         /s/ **Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE