IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **USA** | CASE:  **1:10–CR–00152–LJO** |
| vs. | |
| **JOSEPH GEORGE TKAC** | **ORDER OF REASSIGNMENT** |

The court, having received the notice of full retirement of **Senior Judge Oliver W. Wanger** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Senior Judge Oliver W. Wanger** to **District Judge Lawrence J. O'Neill** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:

**1:10–CR–00152–LJO**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED: September 21, 2011

**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE