```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00152 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING SENTENCING |
| | ) HEARING |
| v. | ) Old Date: Dec. 12, 2011 |
| | ) Old Time: 1:00 p.m. |
| | ) **New Date: Feb. 13, 2012** |
| JOSEPH GEORGE TKAC, | ) **New Time: 1:00 p.m.** |
| | ) **Court: Four** |
| Defendant. | ) **(Hon. Lawrence J. O'Neill)** |

Defendant Joseph George Tkac pleaded guilty in this case to conspiracy to commit mail fraud and bank fraud. Sentencing is currently set for Dec. 12, 2011, at 1:00 p.m.

Mr. Tkac's plea agreement, which was filed under seal, sets forth various obligations. To allow additional time for Mr. Tkac to fulfill his obligations under the plea agreement, the parties agree that there is good cause for a continuance and hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from Dec. 12, 2011 to February 13, 2012, at 1:00 p.m., or the earliest date thereafter that is convenient to the

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: Nov. 21, 2011
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

Dated: Nov. 21, 2011
/s/ Francine Zepeda
(as authorized on 11/21/11)
FRANCINE ZEPEDA
PEGGY SASSO
Attorneys for Defendant
JOSEPH GEORGE TKAC

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Dec. 12, 2011 to February 13, 2012, at 1:00 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   November 21, 2011**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE