BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00152 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: Feb. 13, 2012<br>Old Time: 8:30 a.m. |
| JOSEPH GEORGE TKAC, | ) ) ) | **New Date: Aug. 20, 2012**<br>**New Time: 8:30 a.m.**<br>**Court: Four** |
| Defendant. | ) ) | **(Hon. Lawrence J. O'Neill)** |

Defendant Joseph George Tkac pleaded guilty in this case to conspiracy to commit mail fraud and bank fraud. Sentencing is currently set for February 13, 2012, at 8:30 a.m.

Mr. Tkac's plea agreement, which was filed under seal, sets forth various obligations. This case is related to another pending investigation. To allow additional time for Mr. Tkac to fulfill his obligations under the plea agreement, the parties agree that there is good cause for a continuance and hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from February 13, 2012 to August 20, 2012 at 8:30 a.m., or

the earliest date thereafter that is convenient to the Court.  The
parties further stipulate and jointly request that the Court extend
the deadline to submit informal objections to the Pre-Sentence Report
(PSR) to three weeks prior to the continued sentencing date, and
extend the deadline to file formal objections to the PSR to one week
prior to the continued sentencing date.

Respectfully submitted,

Dated:  Feb. 2, 2012         BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/ Kirk E. Sherriff
                             KIRK E. SHERRIFF
                             Assistant U.S. Attorney


Dated:  Feb. 2, 2012         /s/ Francine Zepeda
                             (authorized on 2/2/12)
                             FRANCINE ZEPEDA
                             PEGGY SASSO
                             Attorneys for Defendant
                             JOSEPH GEORGE TKAC


**ORDER**

  The court has reviewed and considered the stipulation of the
parties to continue the sentencing hearing in this case.  Good cause
appearing, the sentencing hearing is continued from February 13, 2012
to August 20, 2012, at 8:30 a.m., and that the deadlines to submit
informal objections and to file formal objections to the Pre-Sentence
Report are extended as set forth above.



 IT IS SO ORDERED.

**Dated:   February 2, 2012**            /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE