1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  CASE NO.:  1:10-cr-00152 LJO
                                       )
11              Plaintiff,             )  STIPULATION AND
                                       )  ORDER CONTINUING SENTENCING
12                                     )  HEARING
                                       )
13         v.                          )  Old Date: Aug. 20, 2012
                                       )  Old Time: 8:30 a.m.
14                                     )
                                       )  **New Date:  Feb. 19, 2013**
15  JOSEPH GEORGE TKAC,                )  **New Time:  8:30 a.m.**
                                       )  **Court:      Four**
16              Defendant.             )  **(Hon. Lawrence J. O'Neill)**
                                       )

17

18

19      Defendant Joseph George Tkac pleaded guilty in this case to

20  conspiracy to commit mail fraud and bank fraud.  Sentencing is

21  currently set for August 20, 2012, at 8:30 a.m.

22      Mr. Tkac's plea agreement, which was filed under seal, sets

23  forth various obligations.  To allow additional time for Mr. Tkac to

24  fulfill his obligations under the plea agreement, the parties agree

25  that there is good cause for a continuance and hereby stipulate and

26  jointly request that the Court order that the sentencing hearing in

27  this case be continued from August 20, 2012 to February 19, 2013, at

28  8:30 a.m., or the earliest date thereafter that is convenient to the

1   Court.  The parties further stipulate and jointly request that the

2   Court extend the deadline to submit informal objections to the Pre-

3   Sentence Report (PSR) to three weeks prior to the continued

4   sentencing date, and extend the deadline to file formal objections to

5   the PSR to one week prior to the continued sentencing date.

6                                       Respectfully submitted,

7   Dated:  July 26, 2012              BENJAMIN B. WAGNER
                                        United States Attorney
8

9                                  By: /s/ Kirk E. Sherriff
                                        KIRK E. SHERRIFF
10                                      Assistant U.S. Attorney

11

12  Dated:  July 26, 2012              /s/ Peggy Sasso
                                        (authorized on 7/26/12)
13                                      FRANCINE ZEPEDA
                                        PEGGY SASSO
14                                      Assistant Federal Defenders
                                        Attorneys for Defendant
15                                      JOSEPH GEORGE TKAC

16

17                            **ORDER**

18      The court has reviewed and considered the stipulation of the

19  parties to continue the sentencing hearing in this case.  Good cause

20  appearing, IT IS ORDERED that the sentencing hearing is continued

21  from August 20, 2012 to February 19, 2013, at 8:30 a.m., and that the

22  deadlines to submit informal objections and to file formal objections

23  to the Pre-Sentence Report are extended as set forth above.

24  IT IS SO ORDERED.

25  **Dated:    July 27, 2012**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE
26

27

28