HEATHER E. WILLIAMS, Bar #122664
Federal Defender
FRANCINE ZEPEDA, Bar #091175
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff,*<br><br>v.<br><br>JOSEPH G. TKAC,<br><br>             *Defendant.* | No.  1:10-cr-0152 OWW<br><br>TERMINATION OF CO-COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case and request termination of Assistant Federal Defender Francine Zepeda, and designate for service as follows:

> PEGGY SASSO
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: 559-487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: August 2, 2013           /s/ *Francine Zepeda*
                                           FRANCINE ZEPEDA
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Joseph G. Tkac