| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorney for Defendant
JOSEPH GEORGE TKAC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:10-cr-00152 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING AND ORDER |
| vs. | ) | |
| | ) | DATE: February 24, 2014 |
| JOSEPH GEORGE TKAC, | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing currently set for Monday, January 13, 2014, may be continued to February 24, 2014 at 8:30 a.m.

The reason for this continuance is to provide the defendant additional time to fulfill his obligations under the plea agreement. This continuance will conserve time and resources for both parties and the court.

The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

//

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   |   |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 3, 2014 | By: | /s/ *Kirk E. Sherriff*<br>KIRK E. SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 3, 2014 | By: | /s/ *Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH GEORGE TKAC |

**O R D E R**

Good cause exists.

IT IS SO ORDERED.

Dated: **January 6, 2014**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE